Robin F. Genchel, State Bar No. 131705
David B. Pillemer, State Bar No. 97808
**PILLEMER & PILLEMER**
17835 Ventura Blvd., Suite 204
Encino, California  91316-3673
Phone (818) 994-4321
Fax (818) 994-3484
Email rgenchel@pillemerlaw.com
dpillemer@pillemerlaw.com

Attorneys for State Farm General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>ORBIT IRRIGATION PRODUCTS, INC., a Utah Corporation, HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1-40, inclusive,<br><br>Defendant(s). | No. EDCV 17-2099-GW(KKx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Dst J Geo.Wu/Mgst Kenly Kiya Kato<br>Courtroom 9D<br><br>**ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>TRIAL DATE:  12/11/18<br>ACTION FILED:  09/05/17 |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff STATE FARM GENERAL INSURANCE COMPANY and defendants ORBIT IRRIGATION PRODUCTS, INC., a Utah Corporation, HOME DEPOT U.S.A., INC., a Delaware Corporation (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear its own

PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673

fees and costs.

DATED: June 25, 2018

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673

6/26 10:08